United States Bankruptcy Court
District of Arizona

In re: Case No. 26-08487-EPB
JEFFREY L GOINS Chapter 7
CHANDRA J GOINS
Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: admin Page 1 of 2
Date Rcvd: Aug 24, 2026 Form ID: 309A Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | JEFFREY L GOINS, CHANDRA J GOINS, 22483 E. AVENIDA DEL VALLE, QUEEN CREEK, AZ 85142-9132 |
| 18282615 | | Arizona Department of Economic Security, Unemployment Tax, 911B, P.O. Box 6028, Phoenix AZ 85005-6028 |
| 18282617 | + | BDS Automotive Inc., 22483 E. Avenida del Valle, Queen Creek AZ 85142-9132 |
| 18282618 | | Blue Federal Credit Union, P.O. Box 660493, Dallas TX 75266-0493 |
| 18282620 | + | Charles Schwab, Omaha Operations Center, P.O. Box 2339, Omaha NE 68103-2339 |
| 18282626 | + | Desert Financial Credit Union, P.O. Box 2942, Phoenix AZ 85062-2942 |
| 18282628 | + | Dru Dickson, 516 N. 38th Street, Mesa AZ 85205-6918 |
| 18282629 | + | Factory Motor Parts, 1380 Corporate Center Curve, Suite 200, Eagan MN 55121-1200 |
| 18282630 | + | GMBA LLC, Attn: Jacob Tilzer, P.O. Box 1933, Scottsdale AZ 85252-1933 |
| 18282633 | + | MidFirst Bank, 11001 Nl. Rockwell Avenue, Oklahoma City OK 73162-2722 |
| 18282635 | + | Shoebox Bookwork LLC, 25506 W. Quails Nest Lane, Wittmann AZ 85361-8574 |
| 18282636 | + | Spencer Fane LLP, Attn: Raj Gangadean, 2415 E. Camelback Road, #600, Phoenix AZ 85016-9298 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tallen@bkfirmaz.com | Aug 25 2026 00:17:16 | THOMAS H. ALLEN, Allen, Jones & Giles, PLC, 1850 N. Central Avenue, Ste 1025, Phoenix, AZ 85004 |
| tr | + | EDI: QDMMAGUIRE7 | Aug 25 2026 04:00:00 | DAWN MARIE MAGUIRE, Chapter 7 Trustee, 10115 E. Bell Rd., Ste. 107, #619, Scottsdale, AZ 85260-2189 |
| smg | | EDI: AZDEPREV.COM | Aug 25 2026 04:00:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18282614 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2026 00:24:37 | American Express, P.O. Box 981537, El Paso TX 79998-1537 |
| 18282613 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2026 00:24:19 | American Express, P.O. Box 60189, City of Industry CA 91716-0189 |
| 18282616 | | EDI: BANKAMER | Aug 25 2026 04:00:00 | Bank of America, P.O. Box 851001, Dallas TX 75285-1001 |
| 18282621 | | EDI: JPMORGANCHASE | Aug 25 2026 04:00:00 | Chase, P.O. Box 15298, Wilmington DE 19850-5298 |
| 18282622 | + | EDI: CITICORP | Aug 25 2026 04:00:00 | Citi, P.O. Box 6241, Sioux Falls SD 57117-6241 |
| 18282623 | | EDI: CITICORP | Aug 25 2026 04:00:00 | Citi, P.O. Box 60701, City of Industry CA 91716-0701 |
| 18282624 | | EDI: CITICORP | Aug 25 2026 04:00:00 | Citi, P.O. Box 60702, City of Industry CA 91716-0702 |
| 18282625 | | EDI: WFNNB.COM | Aug 25 2026 04:00:00 | Comenity/Dell, P.O. Box 650971, Dallas TX |

| | | | | |
|---|---|---|---|---|
| | | | | 75265-0971 |
| 18282627 | | EDI: DISCOVER | Aug 25 2026 04:00:00 | Discover, P.O. Box 45909, San Francisco CA 94145-0909 |
| 18282631 | | EDI: CITICORP | Aug 25 2026 04:00:00 | Home Depot Credit Services, P.O. Box 7032, Sioux Falls SD 57117-7032 |
| 18282634 | + | Email/PDF: ebnotices@pnmac.com | Aug 25 2026 00:24:20 | Penny Mac, P.O. Box 30597, Los Angeles CA 90030-0597 |
| 18282637 | + | EDI: SYNC | Aug 25 2026 04:00:00 | Synchrony Bank/Sam's Club, P.O. Box 71711, Philadelphia PA 19176-1711 |
| 18282638 | | EDI: USBANKARS.COM | Aug 25 2026 04:00:00 | US Bank, P.O. Box 790408, Saint Louis MO 63179-0408 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18282619 | *+ | Chandra J Goins, 22483 E. Avenida del Valle, Queen Creek AZ 85142-9132 |
| 18282632 | *+ | Jeffrey L Goins, 22483 E. Avenida del Valle, Queen Creek AZ 85142-9132 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAWN MARIE MAGUIRE | trusteemaguire@maguirelawaz.com Dmaguire2@Ecf.axosfs.com |
| THOMAS H. ALLEN | on behalf of Joint Debtor CHANDRA J GOINS tallen@bkfirmaz.com mvasquez@bkfirmaz.com,mmorgan@bkfirmaz.com,givey@bkfirmaz.com,sgomez@bkfirmaz.com,ageiler@bkfirmaz.com,avalle@bkfirmaz.com,sdousdebes@bkfirmaz.com |
| THOMAS H. ALLEN | on behalf of Debtor JEFFREY L GOINS tallen@bkfirmaz.com mvasquez@bkfirmaz.com,mmorgan@bkfirmaz.com,givey@bkfirmaz.com,sgomez@bkfirmaz.com,ageiler@bkfirmaz.com,avalle@bkfirmaz.com,sdousdebes@bkfirmaz.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | JEFFREY L GOINS<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–0015<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | CHANDRA J GOINS<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–9405<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: | 7 8/21/26 |
| Case number: | 2:26–bk–08487–EPB | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | JEFFREY L GOINS | CHANDRA J GOINS |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 22483 E. AVENIDA DEL VALLE<br>QUEEN CREEK, AZ 85142 | 22483 E. AVENIDA DEL VALLE<br>QUEEN CREEK, AZ 85142 |
| 4. | **Debtor's attorney**<br>Name and address | THOMAS H. ALLEN<br>Allen, Jones & Giles, PLC<br>1850 N. Central Avenue<br>Ste 1025<br>Phoenix, AZ 85004 | Contact phone 602–256–6000<br>Email: tallen@bkfirmaz.com |
| 5. | **Bankruptcy trustee**<br>Name and address | DAWN MARIE MAGUIRE<br>Chapter 7 Trustee<br>10115 E. Bell Rd.<br>Ste. 107, #619<br>Scottsdale, AZ 85260 | Contact phone 480–207–1987<br>Email: trusteemaguire@maguirelawaz.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 8/24/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 28, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 661 088 4237, and Passcode 9917587882, OR call 1–602–844–1176** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/27/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |